FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> vs. </br> James Bruno Rocha </br> Defendant. | Case No.: CR 07-214-DOC </br></br> ORDER OF DETENTION AFTER HEARING </br> [Fed. R. Crim. P. 32.1(a)(6); </br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist of California for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown recent background and bail resources,

1 high number of alleged violations, apparent ongoing
2 drug use, fact that alleged violations began
3 occurring just two days after release, apparent use of aliases + other false personal identifiers
4 (and/or)

5 B. (✓) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: lengthy criminal history going back
10 three decades, ongoing drug use, apparent complete
11 inability to comply with supervision

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: 2/27/14                         /s/ Jean Rosenbluth
                                          JEAN ROSENBLUTH
18                                        U.S. MAGISTRATE JUDGE