UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 07-00214-DOC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| v. | |
| JAMES BRUNO ROCHA, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Lack of bail resources; use of multiple identifiers; substance abuse history; present allegations and prior violation of supervised release indicate lack of amenability to supervision.*

1  and

2  B. ( X ) The defendant has not met his burden of establishing by clear and convincing
3  evidence that he is not likely to pose a danger to the safety of any other person or the
4  community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:
5  *Extensive prior criminal history; substance abuse history; present allegations and prior*
6  *violation of supervised release indicate lack of amenability to supervision.*

7  IT THEREFORE IS ORDERED that the defendant be detained pending further
8  revocation proceedings.

10  Dated: 12-10-2014

DOUGLAS F. McCORMICK
United States Magistrate Judge